Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−12477−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth M. Frank                                   Kim B. Frank
   2321 Burroughs Avenue                              2321 Burroughs Avenue
   Northfield, NJ 08225                               Northfield, NJ 08225

Social Security No.:
   xxx−xx−2762                                        xxx−xx−7805

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 21, 2015.

On 12/13/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:             January 18, 2017
Time:                10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 14, 2016
JJW: lgr

                                                                    James J. Waldron
                                                                    Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                             Case No. 15-12477-JNP
Kenneth M. Frank                                                   Chapter 13
Kim B. Frank
         Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin               Page 1 of 2             Date Rcvd: Dec 14, 2016
                               Form ID: 185              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db/jdb         +Kenneth M. Frank,   Kim B. Frank,   2321 Burroughs Avenue,   Northfield, NJ 08225-1063
515326944      +AES,   P.O. Box 61047,   Harrisburg, PA 17106-1047
515545256       American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA 90051-5478
515326945       Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
515563600       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
515326947       Citi Cards,   PO Box 182532,   Columbus, OH 43218
515326948      +Discover,   C/O Peter Fish, Esq,   1101 Laurel Oak Road,   Suite 130,   Voorhees, NJ 08043-4322
516294028       Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN 55116-0408
516294029       Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,   PO Box 16408,   St. Paul, MN 55116-0408
515326949       FIA Card Services,   PO Box 15726,   Wilmington, DE 19886-5726
515326950      +Kivitz McKeever Lee, P.C.,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
515374576      +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
516412625      +PennyMac Loan Services, LLC as servicer for,   Bank of America, N.A.,
                 6101 Condor Drive, Suite 200,   Moorpark, CA 93021-2602
516412626      +PennyMac Loan Services, LLC as servicer for,   Bank of America, N.A.,
                 6101 Condor Drive, Suite 200,   Moorpark, CA 93021,   PennyMac Loan Services, LLC as servicer,
                 Bank of America, N.A. 93021-2602
515326952       US Department of Education,   P.O. Box 530260,   Atlanta, GA 30353-0260
515377079       Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
515326953       Wells Fargo Dealer Services,   P.O. Box 25341,   Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2016 23:09:11    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2016 23:09:09    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515347035       E-mail/Text: mrdiscen@discover.com Dec 14 2016 23:08:17    Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
515563074       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2016 23:39:19
                 Portfolio Recovery Associates, LLC,   c/o Lowes Project Card,   POB 41067,   Norfolk VA 23541
515563083       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2016 23:39:19
                 Portfolio Recovery Associates, LLC,   c/o Radio Shack,   POB 41067,   Norfolk VA 23541
515563019       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2016 23:39:52
                 Portfolio Recovery Associates, LLC,   c/o Sears Charge Plus,   POB 41067,   Norfolk VA 23541
515467274       E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2016 23:09:01
                 Quantum3 Group LLC as agent for,   RaZor Capital I LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
515326951      +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2016 23:17:03    Synchrony Bank/Lowes,
                 P.O. Box 965004,   Orlando, FL 32896-5004
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515326946     ##+Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Dec 14, 2016
                               Form ID: 185                 Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A.
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette     on behalf of Debtor Kenneth M. Frank lawoffices@quigleyfayette.com
              Kevin C. Fayette     on behalf of Joint Debtor Kim B. Frank lawoffices@quigleyfayette.com
              William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
               Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III     on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
               Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 8
```