UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Kenneth & Kim Frank

Order Filed on February 17, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No. 15-12477

Adv. No.

Hearing Date: 02/01/17

Judge: (JNP)

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 17, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No. 15-12477
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a fee of $500.00 for services rendered and expenses in the amount of $0.00 for a total of $500.00. The allowance shall be payable:

   XX         Through the Chapter 13 plan as an administrative priority

              Outside the plan

Debtors modified plan confirmed at $ 31,700.00 paid to date; $788.00 for remaining 37 months on February 1, 2017. With fee application, new trustee payment will be $800.00 for remaining 37 months