UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Kenneth & Kim Frank

Order Filed on February 17,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No. 15-12477

Adv. No.

Hearing Date: 02/01/17

Judge: (JNP)

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 17, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No. 15-12477
Order Granting Supplemental Chapter 13 Fees
Page 2

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a fee of $500.00 for services rendered and expenses in the amount of $0.00 for a total of $500.00. The allowance shall be payable:

    __XX__    Through the Chapter 13 plan as an administrative priority

    _____    Outside the plan

    Debtors modified plan confirmed at $ 31,700.00 paid to date; $788.00 for remaining 37 months on February 1, 2017. With fee application, new trustee payment will be $800.00 for remaining 37 months

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth M. Frank  
Kim B. Frank  
    Debtors

Case No. 15-12477-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 17, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.  
db/jdb          +Kenneth M. Frank,    Kim B. Frank,    2321 Burroughs Avenue,    Northfield, NJ 08225-1063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin C. Fayette    on behalf of Joint Debtor Kim B. Frank lawoffices@quigleyfayette.com  
        Kevin C. Fayette    on behalf of Debtor Kenneth M. Frank lawoffices@quigleyfayette.com  
        William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com  
                                                          TOTAL: 8