UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 15-12477 |
| Kenneth & Kim Frank | Chapter: | 13 |
| | Judge: | JNP |

## NOTICE OF PROPOSED PRIVATE SALE

_____Kenneth & Kim Frank_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   Clerk, Bankruptcy Court
District of New Jersey
400 Cooper Street, 4th Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____Jerrold Poslusny, Jr._____ on _____March 20, 2018_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __400 Cooper Street, 4th Floor, Camden, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   2321 Burroughs Avenue, Northfield, NJ 08225

Proposed Purchaser:   John & Nina Shea

Sale price:  $292,500.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:   Matthew Bader- Berger Realty
Amount to be paid:   6% (shared with buyer's broker)
Services rendered:   Showing Residence

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Kevin Fayette

Address: 1675 Whitehorse-Mercerville Road, Suite 204, Hamilton, NJ 08619

Telephone No.: 609-584-0600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-12477-JNP
Kenneth M. Frank                                                          Chapter 13
Kim B. Frank
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Feb 20, 2018
                               Form ID: pdf905          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db/jdb         +Kenneth M. Frank,    Kim B. Frank,    2321 Burroughs Avenue,    Northfield, NJ 08225-1063
515326944      +AES,   P.O. Box 61047,    Harrisburg, PA 17106-1047
515545256       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
515326949     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  FIA Card Services,    PO Box 15726,    Wilmington, DE 19886-5726)
515326946      +Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
515326945       Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
515563600       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515326947       Citi Cards,   PO Box 182532,    Columbus, OH 43218
515326948      +Discover,   C/O Peter Fish, Esq,    1101 Laurel Oak Road,    Suite 130,    Voorhees, NJ 08043-4322
516294028       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
516294029       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,    PO Box 16408,    St. Paul, MN 55116-0408
515326950      +Kivitz McKeever Lee, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515374576      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
516412625      +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
                 6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
516412626      +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
                 6101 Condor Drive, Suite 200,    Moorpark, CA 93021,    PennyMac Loan Services, LLC as servicer,
                 Bank of America, N.A. 93021-2602
515326952       US Department of Education,    P.O. Box 530260,    Atlanta, GA 30353-0260
515377079       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
515326953       Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:42:44      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:42:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515347035       E-mail/Text: mrdiscen@discover.com Feb 20 2018 23:42:07      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515563074       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2018 23:51:42
                 Portfolio Recovery Associates, LLC,    c/o Lowes Project Card,    POB 41067,   Norfolk VA 23541
515563083       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2018 23:51:43
                 Portfolio Recovery Associates, LLC,    c/o Radio Shack,    POB 41067,    Norfolk VA 23541
515563019       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2018 23:51:51
                 Portfolio Recovery Associates, LLC,    c/o Sears Charge Plus,    POB 41067,   Norfolk VA 23541
515467274       E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2018 23:42:34
                 Quantum3 Group LLC as agent for,    RaZor Capital I LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
515326951      +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2018 23:45:46      Synchrony Bank/Lowes,
                 P.O. Box 965004,    Orlando, FL 32896-5004
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Feb 20, 2018
                              Form ID: pdf905            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A.
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette     on behalf of Debtor Kenneth M. Frank kfayette@kevinfayette.com
              Kevin C. Fayette     on behalf of Joint Debtor Kim B. Frank kfayette@kevinfayette.com
              William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
               Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of
               America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
               Bank of America, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 9
```