Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 15−12477−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth M. Frank
2321 Burroughs Avenue
Northfield, NJ 08225

Kim B. Frank
2321 Burroughs Avenue
Northfield, NJ 08225

Social Security No.:
   xxx−xx−2762                                               xxx−xx−7805

Employer's Tax I.D. No.:

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on February 28, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 60 − 57
Order Granting Application to Employ Matthew Bader as Realtor for Debtors (Related Doc # 57). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/28/2018. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 28, 2018
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-12477-JNP
Kenneth M. Frank                                                       Chapter 13
Kim B. Frank
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 28, 2018
                      Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.
r               +Matthew Bader,    Berger Realty,    3160 Asbury Avenue,    Ocean City, NJ 08226-2230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A.
       bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin C. Fayette    on behalf of Joint Debtor Kim B. Frank kfayette@kevinfayette.com
      Kevin C. Fayette    on behalf of Debtor Kenneth M. Frank kfayette@kevinfayette.com
      William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
       Bank of America, N.A. ecf@powerskirn.com
      William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of
       America, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
       Bank of America, N.A. ecf@powerskirn.com
                                                                                                                              TOTAL: 9