UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619
609-584-0600

**Order Filed on February 28, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Kenneth & Kim Frank

Case No.: 15-12477

Judge: JNP

Chapter: 13

Recommended Local Form: ☒ Followed ☐ Modified

# ORDER AUTHORIZING RETENTION OF  Matthew Bader/Berger Realty

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 28, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:     Kenneth & Kim Frank

Case No.:    15-12477

Applicant:    Kenneth & Kim Frank

(check all that apply) ☐ Trustee:    ☐ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

☒ Debtor:    ☐ Chap. 11      ☒ Chap. 13

☐ Official Committee of _____

Name of Professional:    Matthew Bader

Address of Professional:    3160 Asbury Avenue

                             Ocean City, New Jersey 08226

☐ Attorney for (check all that apply):
- ☐ Trustee    ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee    ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☒ Other Professional:
- ☒ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

Case 15-12457-JNP Doc 57 Filed 02/12/18 Entered 02/12/18 16:09:23 Desc Proposed Order Page 3 of 3

2.  Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.  The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth M. Frank  
Kim B. Frank  
    Debtors

Case No. 15-12477-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 28, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db/jdb        +Kenneth M. Frank,   Kim B. Frank,   2321 Burroughs Avenue,   Northfield, NJ 08225-1063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Kevin C. Fayette    on behalf of Joint Debtor Kim B. Frank kfayette@kevinfayette.com  
           Kevin C. Fayette    on behalf of Debtor Kenneth M. Frank kfayette@kevinfayette.com  
           William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com  
           William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com  
           William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com

                                                                                                  TOTAL: 9