UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-2405

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

In Re:

Kenneth M. Frank
Kim B. Frank

Order Filed on March 8, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-12477-JNP

Hearing Date: 02/27/2018

Judge: Honorable Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 8, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Certificate of Notice    Page 2 of 3

Page 2

Debtor: Kenneth M. Frank and Kim B. Frank
Case No.: 15-12477-JNP
Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC servicing agent for Bank of America, N.A., debtors' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtors shall commence curing post petition arrears through January 19, 2018, in the sum of $28,224.42 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 9 | Payments @ | $2,553.56 | (3/17-11/17) | = | $22,982.04 |
| 2 | Payments @ | $2,621.19 | (12/17-1/18) | = | $5,242.38 |
| | Arrears to Cure: | | | = | $28,224.42 |

2. Post-petition funds in suspense totaling $334.60 shall be applied to reduce the arrears.

3. Movant acknowledges funds received in the amount of $2,562.00 on December 18, 2017.

4. Movant acknowledges receipt of funds in the amount of $12,000.00 by Movant's counsel, which has been forwarded to Movant for application to the loan.

5. Debtors shall commence curing the balance of post-petition arrears by making payment of $2,221.31 in addition to debtor's regular monthly mortgage payment starting February 1, 2018, and continuing through and including June 1, 2018.

6. Debtors shall make a payment of $2,221.27 in addition to their July 1, 2018 payment.

7. The mortgagee is awarded a counsel fee and costs of $681.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

8. Should debtors default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtors and debtors' attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

9. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth M. Frank
Kim B. Frank
    Debtors

Case No. 15-12477-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2018
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
db/jdb        +Kenneth M. Frank,    Kim B. Frank,    2321 Burroughs Avenue,    Northfield, NJ 08225-1063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A.
          bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Kevin C. Fayette    on behalf of Joint Debtor Kim B. Frank kfayette@kevinfayette.com
         Kevin C. Fayette    on behalf of Debtor Kenneth M. Frank kfayette@kevinfayette.com
         William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
          Bank of America, N.A. ecf@powerskirn.com
         William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of
          America, N.A. ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
          Bank of America, N.A. ecf@powerskirn.com
                                                                                                                                 TOTAL: 9