Form osc1006 – osclr1006v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 15−12477−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth M. Frank                                     Kim B. Frank
   2321 Burroughs Avenue                         2321 Burroughs Avenue
   Northfield, NJ 08225                           Northfield, NJ 08225

Social Security No.:
   xxx−xx−2762                                          xxx−xx−7805

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO COMPLY WITH
## D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS

The Court having noted that the debtor filed a petition on February 13, 2015, and has failed to comply with the Court?s local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☐     Debtor has not paid the filing fee in the amount of $310.00 in full at the time of the filing of the petition.

☐     Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☑     Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

It is hereby

ORDERED that the following document and/or fee must be submitted to the Clerk on or before 3/27/18 or the case will be dismissed.

☐     Full filing fee in the amount of $310.00

☐     Application for Individuals to Pay the Filing Fee in Installments

☑     Initial installment payment in the amount of $ 78.00

☐     Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 3/27/18.

If an objection or request for a hearing is filed, you or your attorney must appear at a hearing to be held before the Honorable Jerrold N. Poslusny Jr. on

Date: April 3,2018
Time: 10:00AM
Location: Courtroom 4C

Address:  Mitchell H. Cohen Courthouse
1 John F. Gerry Plaza
400 Cooper Street
Camden, NJ 08101–2067

Dated: March 14, 2018
JAN: lgr

<u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge