Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–12477–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth M. Frank
2321 Burroughs Avenue
Northfield, NJ 08225

Kim B. Frank
2321 Burroughs Avenue
Northfield, NJ 08225

Social Security No.:
xxx–xx–2762                    xxx–xx–7805

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           6/20/18
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 15, 2018
JAN: lgr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 15-12477-JNP
Kenneth M. Frank                                                Chapter 13
Kim B. Frank
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: May 15, 2018
                              Form ID: 132             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db/jdb         #+Kenneth M. Frank,    Kim B. Frank,    2321 Burroughs Avenue,    Northfield, NJ 08225-1063
r               +Matthew Bader,    Berger Realty,    3160 Asbury Avenue,    Ocean City, NJ 08226-2230
515326944       +AES,    P.O. Box 61047,    Harrisburg, PA 17106-1047
515545256        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
515326949      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   FIA Card Services,    PO Box 15726,    Wilmington, DE 19886-5726)
515326946       +Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
515326945        Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
515563600        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515326947        Citi Cards,    PO Box 182532,    Columbus, OH 43218
515326948       +Discover,    C/O Peter Fish, Esq,    1101 Laurel Oak Road,    Suite 130,    Voorhees, NJ 08043-4322
516294028        Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
516294029        Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,    PO Box 16408,    St. Paul, MN 55116-0408
515326950       +Kivitz McKeever Lee, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515374576       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
516412625       +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
                 6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
516412626       +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
                 6101 Condor Drive, Suite 200,    Moorpark, CA 93021,    PennyMac Loan Services, LLC as servicer,
                 Bank of America, N.A. 93021-2602
515326952        US Department of Education,    P.O. Box 530260,    Atlanta, GA 30353-0260
515377079        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
515326953        Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2018 23:23:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2018 23:23:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515347035       E-mail/Text: mrdiscen@discover.com May 15 2018 23:22:39      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515563074       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2018 23:31:08
                 Portfolio Recovery Associates, LLC,    c/o Lowes Project Card,    POB 41067,    Norfolk VA 23541
515563083       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2018 23:30:45
                 Portfolio Recovery Associates, LLC,    c/o Radio Shack,    POB 41067,    Norfolk VA 23541
515563019       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2018 23:30:46
                 Portfolio Recovery Associates, LLC,    c/o Sears Charge Plus,    POB 41067,    Norfolk VA 23541
515467274       E-mail/Text: bnc-quantum@quantum3group.com May 15 2018 23:23:13
                 Quantum3 Group LLC as agent for,    RaZor Capital I LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
515326951      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:27      Synchrony Bank/Lowes,
                 P.O. Box 965004,    Orlando, FL 32896-5004
                                                                                                TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                 Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: May 15, 2018
                               Form ID: 132               Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin C. Fayette    on behalf of Debtor Kenneth M. Frank kfayette@kevinfayette.com
      Kevin C. Fayette    on behalf of Joint Debtor Kim B. Frank kfayette@kevinfayette.com
      William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com
      William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com

                                                                                                                                                          TOTAL: 9