Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

**Order Filed on June 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Kenneth M. Frank
    Kim B. Frank

                    Debtor(s)

Case No.: 15-12477 (JNP)

Hearing Date: 06/20/2018

Judge:        Jerrold N. Poslusny Jr.

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: June 21, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Kenneth M. Frank and Kim B. Frank
Case No.: 15-12477 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 05/15/2018, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $888.00 **for a period of 20 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $43,373.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Kenneth M. Frank and Kim B. Frank
Case No.: 15-12477 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

**ORDERED** as follows:

Total plan length of 60 months.