Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

Order Filed on June 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    Kenneth M. Frank
    Kim B. Frank

Debtor(s)

Case No.: 15-12477 (JNP)

Hearing Date: 06/20/2018

Judge:        Jerrold N. Poslusny Jr.

# ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: June 21, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Kenneth M. Frank and Kim B. Frank
Case No.: 15-12477 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 05/15/2018, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $888.00 **for a period of 20 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $43,373.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Kenneth M. Frank and Kim B. Frank
Case No.: 15-12477 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

**ORDERED** as follows:

Total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth M. Frank
Kim B. Frank
    Debtors

Case No. 15-12477-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 21, 2018
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db/jdb         Kenneth M. Frank,    Kim B. Frank,    1731 Rte. 9 Unit #71,    OceanView, NJ   08230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
           Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A.
            bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
           Isabel C. Balboa      ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
           Isabel C. Balboa      on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Kevin C. Fayette     on behalf of Joint Debtor Kim B. Frank kfayette@kevinfayette.com
           Kevin C. Fayette     on behalf of Debtor Kenneth M. Frank kfayette@kevinfayette.com
           William M. E. Powers, III    on behalf of Creditor     PennyMac Loan Services, LLC as servicer for
            Bank of America, N.A. ecf@powerskirn.com
           William M.E. Powers    on behalf of Creditor     PennyMac Loan Services, LLC as servicer for Bank of
            America, N.A. ecf@powerskirn.com
           William M.E. Powers, III    on behalf of Creditor     PennyMac Loan Services, LLC as servicer for
            Bank of America, N.A. ecf@powerskirn.com
                                                                                                       TOTAL: 9