UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Kenneth & Kim Frank

Order Filed on July 2, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No. 15-12477

Adv. No.

Hearing Date: 06/20/18

Judge: (JNP)

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 2, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No. 15-12477
Order Granting Supplemental Chapter 13 Fees
Page 2

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a fee of $500.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

   XX          Through the Chapter 13 plan as an administrative priority

              Outside the plan


Debtors modified plan confirmed at $ 43,373.00 paid to date; $888.00 for remaining 20 months starting June 1, 2018.  With fee application, new trustee payment will be $920.00 for remaining 20 months

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-12477-JNP
Kenneth M. Frank                                                        Chapter 13
Kim B. Frank
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Jul 02, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
db/jdb         Kenneth M. Frank,    Kim B. Frank,    1731 Rte. 9 Unit #71,    OceanView, NJ   08230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette     on behalf of Joint Debtor Kim B. Frank kfayette@kevinfayette.com
              Kevin C. Fayette     on behalf of Debtor Kenneth M. Frank kfayette@kevinfayette.com
              William M. E. Powers, III     on behalf of Creditor     PennyMac Loan Services, LLC as servicer for
               Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers     on behalf of Creditor     PennyMac Loan Services, LLC as servicer for Bank of
               America, N.A. ecf@powerskirn.com
              William M.E. Powers, III     on behalf of Creditor     PennyMac Loan Services, LLC as servicer for
               Bank of America, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 9