**Order Filed on November 21, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____15-12477_____ |
| | Chapter: _____13_____ |
| Kenneth and Kim Frank | Hearing Date: _____ |
| | Judge: _____JNP_____ |

## ORDER VACATING

### Regarding Chapter 13 Trustee's Certification of Default

The relief set forth on the following page is hereby **ORDERED**.

DATED: **November 21, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

## Regarding Chapter 13 Trustee's Certification of Default

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____11/20/2018_____, be and the

same is hereby vacated.

*revised 2/25/14*