Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−12477−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth M. Frank
1731 Rte. 9 Unit #71
OceanView, NJ 08230

Kim B. Frank
1731 Rte. 9 Unit #71
OceanView, NJ 08230

Social Security No.:
xxx−xx−2762                                                      xxx−xx−7805

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 21, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 21, 2018
JAN: kvr

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                         Case No. 15-12477-JNP
Kenneth M. Frank                                               Chapter 13
Kim B. Frank
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2           Date Rcvd: Nov 21, 2018
                               Form ID: 148                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db/jdb         Kenneth M. Frank,    Kim B. Frank,    1731 Rte. 9 Unit #71,    OceanView, NJ  08230
r             +Matthew Bader,    Berger Realty,    3160 Asbury Avenue,    Ocean City, NJ 08226-2230
515326944     +AES,    P.O. Box 61047,    Harrisburg, PA 17106-1047
515545256      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA 90051-5478
515563600      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515326947      Citi Cards,    PO Box 182532,    Columbus, OH 43218
515326948     +Discover,    C/O Peter Fish, Esq,    1101 Laurel Oak Road,    Suite 130,    Voorhees, NJ 08043-4322
515326950     +Kivitz McKeever Lee, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515374576     +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
516412625     +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
                6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
516412626     +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
                6101 Condor Drive, Suite 200,    Moorpark, CA 93021,    PennyMac Loan Services, LLC as servicer,
                Bank of America, N.A. 93021-2602
515326952      US Department of Education,    P.O. Box 530260,    Atlanta, GA 30353-0260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2018 00:12:12     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2018 00:12:09     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515326949      EDI: BANKAMER2.COM Nov 22 2018 04:54:00     FIA Card Services,    PO Box 15726,
                Wilmington, DE 19886-5726
515326945      EDI: BANKAMER.COM Nov 22 2018 04:55:00     Bank of America,    PO Box 5170,
                Simi Valley, CA 93062-5170
515326946     +EDI: BANKAMER2.COM Nov 22 2018 04:54:00     Bank of America,    PO Box 17054,
                Wilmington, DE 19850-7054
515347035      EDI: DISCOVER.COM Nov 22 2018 04:54:00     Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
516294028      EDI: ECMC.COM Nov 22 2018 04:53:00     Educational Credit Management Corporation,
                PO Box 16408,    St. Paul, MN 55116-0408
516294029      EDI: ECMC.COM Nov 22 2018 04:53:00     Educational Credit Management Corporation,
                PO Box 16408,    St. Paul, MN 55116-0408,    Educational Credit Management Corporatio,
                PO Box 16408,    St. Paul, MN 55116-0408
515563074      EDI: PRA.COM Nov 22 2018 04:53:00     Portfolio Recovery Associates, LLC,
                c/o Lowes Project Card,    POB 41067,    Norfolk VA 23541
515563083      EDI: PRA.COM Nov 22 2018 04:53:00     Portfolio Recovery Associates, LLC,   c/o Radio Shack,
                POB 41067,    Norfolk VA 23541
515563019      EDI: PRA.COM Nov 22 2018 04:53:00     Portfolio Recovery Associates, LLC,
                c/o Sears Charge Plus,    POB 41067,    Norfolk VA 23541
515467274      EDI: Q3G.COM Nov 22 2018 04:53:00     Quantum3 Group LLC as agent for,    RaZor Capital I LLC,
                PO Box 788,    Kirkland, WA 98083-0788
515326951     +EDI: RMSC.COM Nov 22 2018 04:55:00     Synchrony Bank/Lowes,    P.O. Box 965004,
                Orlando, FL 32896-5004
515377079      EDI: WFFC.COM Nov 22 2018 04:54:00     Wells Fargo Bank, N.A.,    P.O. Box 19657,
                Irvine, CA 92623-9657
515326953      EDI: WFFC.COM Nov 22 2018 04:54:00     Wells Fargo Dealer Services,    P.O. Box 25341,
                Santa Ana, CA 92799-5341
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1            User: admin                 Page 2 of 2               Date Rcvd: Nov 21, 2018
                                Form ID: 148                Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A.
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Kenneth M. Frank kfayette@kevinfayette.com
              Kevin C. Fayette    on behalf of Joint Debtor Kim B. Frank kfayette@kevinfayette.com
              William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
               Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of
               America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
               Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 9
```