Order Filed on November 21, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 15-12477 |
|---|---|---|
| Kenneth and Kim Frank | Chapter: | 13 |
| | Hearing Date: | |
| | Judge: | JNP |

## ORDER VACATING

## Regarding Chapter 13 Trustee's Certification of Default

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 21, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

## Regarding Chapter 13 Trustee's Certification of Default

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____11/20/2018_____, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth M. Frank
Kim B. Frank
    Debtors

Case No. 15-12477-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 21, 2018
                      Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.
db/jdb         Kenneth M. Frank,    Kim B. Frank,    1731 Rte. 9 Unit #71,    OceanView, NJ    08230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2018 at the address(es) listed below:
          Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A.
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa      ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin C. Fayette     on behalf of Joint Debtor Kim B. Frank kfayette@kevinfayette.com
          Kevin C. Fayette     on behalf of Debtor Kenneth M. Frank kfayette@kevinfayette.com
          William M. E. Powers, III     on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
           Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of
           America, N.A. ecf@powerskirn.com
          William M.E. Powers, III     on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
           Bank of America, N.A. ecf@powerskirn.com
                                                                                                      TOTAL: 9